| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011395 | **DATE** 05/27/2026 |
|---|---|---|---|---|---|

| **NAME** LYNCH, Antwan | | **SENIOR OFFICER** LaMisha J. Rice | **JUDGE** Linda V. Parker | **DOCKET #** 2:09-CR-20582-007 |
|---|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 05/08/2012 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** V | **TOTAL OFFENSE LEVEL** 31 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 07/17/2024 | **REVOCATION DATE** 3/23/2023 | | | |
| **EXPIRATION** 07/16/2026 | **RECOMMENCED** 7/17/2024 | | | |

| **ASST. U.S. ATTORNEY** Regina McCullough | **DEFENDANT ATTORNEY** To Be Determined |
|---|---|

| **REPORT PURPOSE** | <span style="color:red">**TO ISSSUE A SUMMONS**</span> |
|---|---|

**ORIGINAL OFFENSE**
Count 1: 21:846 §§ 841(a)(1) & 860, Conspiracy to Possess With Intent to Distribute & To Distribute Controlled Substances.

**SENTENCE DISPOSITION**
Custody of the Bureau of Prisons for a term of 168 months, to be followed by a five-year term of supervised release.

Sentence Reduction: September 21, 2015, Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). Custodial sentence reduced to 140 months. All other conditions of the original judgment remain in full force and effect.

Name of Sentencing Judicial Officer: Honorable Patrick J. Duggan. 09/19/2017 Case Re-Assigned from District Judge Patrick J. Duggan to District Judge Stephen J. Murphy, III pursuant to Local Order. 02/17/2023 Order of Disqualification and Reassigning defendant Antwan Lynch from District Judge Stephen J. Murphy, III to District Judge Terrence G. Berg. 02/27/2023 Order of Disqualification and Reassigning defendant Antwan Lynch From District Judge Terrence G. Berg To District Judge George Caram Steeh. 07/01/2025 Case Re-assigned from District Judge George Caram Steeh to District Judge Stephen J. Murphy, III Pursuant to Local Criminal Rule 57.10. 07/01/2025 CORRECTED TEXT-ONLY ORDER REASSIGNING DEFENDANT Antwan Lynch From District Judge Stephen J. Murphy, III To District Judge Linda V. Parker Pursuant To Local Criminal Rule 57.10.

Revocation Sentence: 03/23/2023: Admitted responsibility to all violations. Supervised release revoked and sentenced to 20 months custody to be follow by a two-year term of supervised release with the following special conditions: You must submit to a psychological/psychiatric evaluation as directed by the probation officer. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must take all mental health medications that are prescribed by your treating physician. You must participate in a program aimed at addressing specific interpersonal or social areas, for example, domestic

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011395 | **DATE** 05/27/2026 |
|---|---|---|---|---|
| **NAME** LYNCH, Antwan | | **SENIOR OFFICER** LaMisha J. Rice | **JUDGE** Linda V. Parker | **DOCKET #** 2:09-CR-20582-007 |

violence, anger management, marital counseling, financial counseling, cognitive skills, parenting. You must not communicate, or otherwise interact, with Manon Lynch either directly or through someone else, without first obtaining the permission of the probation officer.

Modification: 07/16/2025: "As a condition of supervised release, the individual shall participate in the location monitoring program utilizing a form of technology at the discretion of the probation officer for 90 days and abide by all the requirements of the program. The individual will be restricted to the Eastern District of Michigan with stand-alone monitoring. the costs of the program are waived by the court."

Modification: 10/03/2025: "As a condition of supervised release, the individual shall participate in the location monitoring program utilizing a form of technology at the discretion of the probation officer for 30 days. This term should be enforced immediately following the termination of current location monitoring term set to end October 23, 2025. you must abide by all the requirements of the program. You are restricted to your residence, every day from 9pm to 6am or as directed by your probation officer. the costs of the program are waived by the court."

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the Probation Department for mental health counseling.
2. The defendant shall participate in a program approved by the Probation Department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
3. Defendant shall take any medication as prescribed by a physician &/or psychiatrist.

   Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the individual has violated the following condition of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On May 4, 2026, officers of the Warren Police Department, Warren, Michigan, were dispatched to address a domestic violence incident. When officers arrived, they met with the victim who reported that she was involved in a verbal altercation with her live-in boyfriend, LYNCH. Allegedly, the verbal dispute escalated when LYNCH allegedly assaulted the victim by punching her in the face with a closed fist. It is further alleged that LYNCH then struck the victim with a bedside lamp in the head. In addition, it was reported that LYNCH chased the victim from their bedroom to the living room striking her multiple times in the face with closed fists. The victim reported that she went to the bedroom to separate herself from LYNCH. However, LYNCH allegedly followed the victim back into the bedroom armed with a steak knife. It's alleged that LYNCH pointed the knife in the victim's direction and threatened to kill |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011395 | **DATE** 05/27/2026 |
|---|---|---|---|---|
| **NAME** LYNCH, Antwan | | **SENIOR OFFICER** LaMisha J. Rice | **JUDGE** Linda V. Parker | **DOCKET #** 2:09-CR-20582-007 |

her. The victim called 911 for police assistance and LYNCH allegedly fled the scene prior to police arriving. Officers observed the victim having lacerations on her lip as well as bruising and swelling to the left side of her face. The victim denied medical attention.

On May 6, 2026, a warrant was authorized by the 37th District Court, Warren, Michigan, charging LYNCH with Count 1: Assault With a Dangerous Weapon (Felonious Assault); and Count 2: Domestic Violence.

On May 15, 2026, LYNCH self-surrendered to the Warren Police Department. On the same date, he was arraigned before Judge Suzanne Faunce out of 37th District Court, Warren, Michigan. LYNCH was charged with one felony, Count 1: Assault With a Dangerous Weapon (Felonious Assault); and one misdemeanor, Count 2: Domestic Violence. Bond was set and posted at $10,000.00 cash/surety/ten percent.

On May 28, 2026, a probable cause conference is scheduled before Judge Steven M. Bieda out of 37th District Court, Warren, Michigan.

| | |
|---|---|
| **I declare under penalty of perjury that the foregoing is true and correct.** **SENIOR PROBATION OFFICER** s/LaMisha J. Rice/lnb 313-234-5452 | **DISTRIBUTION** Court |
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

☒   The issuance of summons

☐   Other

s/Linda V. Parker
United States District Judge

5/27/2026
Date